# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONALD DAVID ELLISON,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                          Case No. 5:-08CV84-2-V

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2009, Order.

                                          Signed: March 16, 2009

Frank G. Johns, Clerk
United States District Court